FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP -8 2011
JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA
v.

LOWELL COCHRAN

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:03CR00170 JLH
USM No. 23064-009

Kim Driggers
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) General of the term of supervision.

☐ was found in violation of condition(s) count(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| General | Violation of federal, state, or local law | July 26, 2011 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2959

Defendant's Year of Birth: 1958

City and State of Defendant's Residence:
Augusta, Georgia

September 8, 2011
Date of Imposition of Judgment

[signature]
Signature of Judge

J. LEON HOLMES, U.S. DISTRICT JUDGE
Name and Title of Judge

September 8, 2011
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment



DEFENDANT: LOWELL COCHRAN
CASE NUMBER: 4:03CR00170 JLH

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**THREE (3) MONTHS with no term of supervised release to follow**

X The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends placement in a BOP facility near defendant's home in Augusta, Georgia, so as to remain near his family.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at __________ ☐ a.m. ☐ p.m. on __________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on __________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

____________________

____________________

____________________

Defendant delivered on __________ to __________

at __________ with a certified copy of this judgment.

____________________
UNITED STATES MARSHAL

By ____________________
DEPUTY UNITED STATES MARSHAL